## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| K. LYNN CORNING,<br>　　　　　Plaintiff<br><br>v.<br><br>THE FEITELBERG COMPANY, CITIZENS FINANCIAL GROUP, INC. and CITIZENS BANK,<br>　　　　　Defendants | C.A. No. 04-12586 RGS |

### ENTRY OF APPEARANCE

Now comes Michael A. Gamboli and enters his appearance on behalf of Defendants The Feitelberg Company, Citizens Financial Group, Inc. and Citizens Bank.

　　　　　　　　　　　　　　　　　／s／ Michael A. Gamboli
　　　　　　　　　　　　　　　　　Michael A. Gamboli (BBO #559083)
　　　　　　　　　　　　　　　　　PARTRIDGE SNOW & HAHN LLP
　　　　　　　　　　　　　　　　　180 South Main Street
　　　　　　　　　　　　　　　　　Providence, RI  02903-7120
　　　　　　　　　　　　　　　　　(401) 861-8200
　　　　　　　　　　　　　　　　　(401) 861-8210 FAX

### CERTIFICATE OF SERVICE

I hereby certify that on this ___28___ day of December, 2004, I mailed a copy of the within Entry of Appearance to:

　　　　　Stephen T. Fanning, Esq.
　　　　　305 South Main Street
　　　　　Providence, RI  02903

　　　　　　　　　　　　　　　　　／s／ Michael A. Gamboli

776462_1/965-1049