UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

K. LYNN CORNING
    Plaintiff

        v.                        CIVIL ACTION NO. 04-12586-RGS

THE FEITELBERG COMPANY; CITIZENS FINANCIAL GROUP, INC., ET AL
    Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

STEARNS, DJ.

    THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

    IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THIS ACTION TO THE DOCKET WITHIN 30 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

    SO ORDERED.

                                        RICHARD G. STEARNS
                                        UNITED STATES DISTRICT JUDGE

                BY:

                      /s/ Mary H. Johnson
                      Deputy Clerk

DATED: 6-3-05